IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2005 APR 20 PM 3: 14

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | (FILE UNDER SEAL) |
| Plaintiff, | ) | Cr. No. **05-20158** Ml P |
| vs. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| ORLANDO DEMETRIUS PRIDE, and KERRY ANDRE SHELTON, | ) | |
| Defenants. | ) | |

ORDER SEALING INDICTMENT AND ARREST WARRANTS

Upon motion of the United States and for good cause shown, the indictment and arrest warrants against the above-named defendants are hereby ORDERED SEALED. When the first defendant is taken into federal custody, the indictment and arrest warrants are hereby ORDERED UNSEALED.

ORDERED this **20** day of April, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 4-20-05

APPROVED: _____
STUART J. CANALE
Assistant U.S. Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#12590 Tennessee)

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20158 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT