IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    Plaintiff, )<br>)<br>VS. )<br>)<br>ORLANDO DEMETRIUS PRIDE )<br>)<br>    Defendant. )<br>) | CR. NO. 05-20158-01-Ml |

---

**ORDER ON CHANGE OF PLEA**

---

   This cause came to be heard on August 11, 2006, the United States Attorney for this district, Stuart Canale, appearing for the Government and the defendant, Orlando Demetrius Pride, appearing in person and with counsel, Michael Scholl, who represented the defendant.

   With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment. At sentencing, the Government will recommend dismissal of all remaining counts.

   Plea colloquy was held and the Court accepted the guilty plea.

   **SENTENCING** in this case is **SET** for **FRIDAY, NOVEMBER 3, 2006, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

   Defendant is allowed to remain released on present bond.

   **ENTERED** this the <u>11th</u> Day of August, 2006.


                                        _s/Diane K. Vescovo_____
                                        **DIANE K. VESCOVO**
                                        **UNITED STATES MAGISTRATE JUDGE**